1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  CATHERINE M. CORFEE, 155064
   CORFEE STONE & ASSOCIATES
   5441 Fair Oaks Boulevard, Suite B-1
8  Carmichael, CA 95608
   Telephone: (916) 487-5441
9  Facsimile: (916) 487-5440

10 Attorneys for Defendants Trestle Regency,
   LLC and McNellis Partners, LLC
11

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 ROBERT DODSON,                    Case No. 2:10-cv-00945-JAM-GGH

17     Plaintiff,

18 v.                                STIPULATION FOR DISMISSAL OF
                                     DEFENDANTS TRESTLE REGENCY,
19 PNS STORES, INC., et al.          LLC AND McNELLIS PARTNERS, LLC
                                     and ORDER THEREON
20     Defendants.
                                    /
21

22

23

24

25

26

27

28

Stipulation for Dismissal and                        Dodson v. PNS Stores, Inc., et al.
[Proposed] Order Thereon        - 1 -                Case No. 2:10-cv-00945-JAM0GGH

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, TRESTLE REGENCY, LLC (who answered plaintiff's complaint as Trestle Regency II, LLC) and McNELLIS PARTNERS, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to TRESTLE REGENCY, LLC and McNELLIS PARTNERS, LLC** *only*.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than defendants **TRESTLE REGENCY, LLC and McNELLIS PARTNERS, LLC**.

Dated: March 7, 2011                    DISABLED ADVOCACY GROUP, APLC


 */s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Robert Dodson

Dated: March 7, 2011                    CORFEE STONE & ASSOCIATES


 */s/   Catherine M. Corfee*
CATHERINE M. CORFEE
Attorney for Defendants Trestle Regency,
LLC and McNellis Partners, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00945-JAM-GGH, is dismissed with prejudice as to defendants TRESTLE REGENCY, LLC and McNELLIS PARTNERS, LLC.

Dated:   3/8/2011

/s/ John A. Mendez
United States District Court Judge

Stipulation for Dismissal and
[Proposed] Order Thereon                - 2 -                Dodson v. PNS Stores, Inc., et al.
Case No. 2:10-cv-00945-JAM0GGH