1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  S. CHRISTIAN STOUDER, SBN 149821
   JESSE M. SULLIVAN, SBN 225932
7  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
8  San Francisco, CA 94105-2981
   Telephone: (415) 546-7500
9  Facsimile: (415) 546-7505

10 Attorneys for Defendant
   PNS STORES INC. dba BIG LOTS #04359
11

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


   ROBERT DODSON,                    Case No. 2:10-cv-00945-JAM-GGH

         Plaintiff,
                                     STIPULATION FOR DISMISSAL
   v.                                and ORDER THEREON

   PNS STORES, INC., et al.

         Defendants.
   _____/

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, PNS STORES INC. dba BIG LOTS #04359, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  April 1, 2011				DISABLED ADVOCACY GROUP, APLC


						 */s/   Lynn Hubbard III*
						LYNN HUBBARD III
						Attorney for Plaintiff ROBERT DODSON


Dated: April 1, 2011				HAIGHT BROWN & BONESTEEL LLP


						 */s/   Jesse M. Sullivan*
						JESSE M. SULLIVAN
						Attorney for Defendant  PNS STORES INC. dba BIG LOTS #04359


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00945-JAM-GGH, is hereby dismissed with prejudice.

Dated:   April 1, 2011
						/s/ John A. Mendez
						United States District Court Judge

Stipulation for Dismissal and
[Proposed] Order Thereon           - 2 -           Dodson v. PNS Stores, Inc., et al.
Case No. 2:10-cv-00945-JAM-GGH